### Borrone, et al. v. Moseley Bros.

(Decided May 24, 1911.)

### Appeal from Warren Circuit Court.

1. Injunction—Motion for Supersedeas—Final Judgment—Code Provision—An injunction granted by the final judgment in an action may be superseded only in the way pointed out by Section 747 of the Civil Code. A supersedeas obtained not as provided in that section does not affect the injunction, and after the expiration of twenty days, this court is without power to allow a bond to be given and a supersedeas of the injunction to be obtained.

SIMS & RODES and T. W. & R. C. P. THOMAS for appellant.

GUY H. HERDMAN and GRIDER & HARLAN for appellee.

OPINION OF THE COURT BY CHIEF JUSTICE HOBSON—
Motion sustained.

When by the final judgment in an action an injunction is granted, and the circuit court makes no order suspending the injunction pending the appeal, the injunction is not suspended by the execution of a supersedeas bond and the taking out of a supersedeas. And after the

twenty days allowed by section 747 of the Code for that purpose has expired, this court is without power to suspend the injunction pending the appeal by allowing a bond to be executed by appellant. The motion to discharge the supersedeas so far as it suspends the injunction is sustained. Section 747 applies in all cases where an injunction is granted by a final judgment, although there has been no preliminary injunction, and the only way to obtain a supersedeas of such an injunction is that pointed out in section 747 of the Code.

Motion to discharge supersedeas sustained.